IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Ben-Yisrael, Daniel | Case Number: 07 B 17295 |
| Ben-Yisrael, Felicia Y | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 12, 2009
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,427.84 | |
| Secured: | | 4,929.46 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,059.12 |
| Trustee Fee: | | 439.26 |
| Other Funds: | | 0.00 |
| Totals: | 7,427.84 | 7,427.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,200.00 | 2,059.12 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 200.00 | 50.48 |
| 4. | HSBC Auto Finance | Secured | 26,953.27 | 4,878.98 |
| 5. | Countrywide Home Loans Inc. | Secured | 5,214.19 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 780.23 | 0.00 |
| 7. | Capital One | Unsecured | 300.59 | 0.00 |
| 8. | Capital One | Unsecured | 79.63 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 115.61 | 0.00 |
| 10. | Chase Bank | Unsecured | 128.44 | 0.00 |
| 11. | Innovative Bank | Unsecured | 455.81 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 173.52 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 14. | B-Real LLC | Unsecured | 60.77 | 0.00 |
| 15. | Illinois Student Assistance Commission | Unsecured | 1,488.11 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 31.99 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | 15441 Corp | Unsecured | | No Claim Filed |
| 21. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 22. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 23. | Donald Tucker DDS | Unsecured | | No Claim Filed |
| 24. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 25. | Dish Network | Unsecured | | No Claim Filed |
| 26. | Pradeep Thapar MD | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ben-Yisrael, Daniel
Ben-Yisrael, Felicia Y
Printed: 02/24/09

Case Number: 07 B 17295
Judge: Hollis, Pamela S
Filed: 9/21/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. GEMB | Unsecured | | No Claim Filed |
| 28. Nicor Gas | Unsecured | | No Claim Filed |
| 29. H F Medical Associates | Unsecured | | No Claim Filed |
| 30. Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 31. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 32. Nicor Gas | Unsecured | | No Claim Filed |
| 33. Isac | Unsecured | | No Claim Filed |
| 34. Land & Lakes Disposal | Unsecured | | No Claim Filed |
| 35. Rajan Sharma D D S | Unsecured | | No Claim Filed |
| 36. Nicor Gas | Unsecured | | No Claim Filed |
| 37. Sallie Mae | Unsecured | | No Claim Filed |
| 38. Pellettieri & Associates | Unsecured | | No Claim Filed |
| 39. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 40. Regency Savings Bank | Unsecured | | No Claim Filed |
| 41. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. Peter Neale DO | Unsecured | | No Claim Filed |
| 43. Sallie Mae | Unsecured | | No Claim Filed |
| 44. Nicor Gas | Unsecured | | No Claim Filed |
| 45. Sallie Mae | Unsecured | | No Claim Filed |
| 46. Sallie Mae | Unsecured | | No Claim Filed |
| 47. Sallie Mae | Unsecured | | No Claim Filed |
| 48. Sallie Mae | Unsecured | | No Claim Filed |
| 49. Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| 50. Sallie Mae | Unsecured | | No Claim Filed |
| 51. Sallie Mae | Unsecured | | No Claim Filed |
| 52. Souma Diagnostics Ltd | Unsecured | | No Claim Filed |
| 53. Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| 54. CitiMortgage Inc | Unsecured | | No Claim Filed |
| 55. Transsouth | Unsecured | | No Claim Filed |
| 56. Sallie Mae | Unsecured | | No Claim Filed |
| 57. American General Finance | Unsecured | | No Claim Filed |
| 58. Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| | | $ 39,182.16 | $ 6,988.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 213.95 |
| 6.5% | 225.31 |
| | $ 439.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ben-Yisrael, Daniel<br>Ben-Yisrael, Felicia Y<br>Printed: 02/24/09 | Case Number: 07 B 17295<br>Judge: Hollis, Pamela S<br>Filed: 9/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*